IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS<br>_____/ | MDL Docket No. C-04-1648 MMC<br>C-03-1496 MMC<br>C-03-1516 MMC<br>C-03-2477 MMC<br>C-03-2805 MMC<br>C-03-3147 MMC<br>C-03-3418 MMC<br>C-04-0197 MMC<br>C-05-0159 MMC<br>C-05-0211 MMC<br>C-05-2011 MMC<br>C-05-2224 MMC<br>C-06-5700 MMC<br>C-07-1057 MMC<br><br>**ORDER SETTING STATUS CONFERENCE** |

By Reassignment Order filed April 7, 2008, the 13 individual actions associated with the above-titled multidistrict litigation were reassigned to the undersigned.

The Court hereby sets a status conference, to be conducted on May 9, 2008, at 10:30 a.m., Courtroom 7. A Joint Status Statement shall be filed no later than May 2, 2008. In said document, the parties are directed to identify, as to each of the 13 actions, the parties and claims remaining, any motions or requests that are pending,[1] what alternative

---

[1] As provided in the Reassignment Order, all discovery matters previously referred to Magistrate Judge Bernard Zimmerman remain before him.

dispute resolution program or programs the remaining parties have used and/or are scheduled to use, and to include any other matter the parties wish to raise.

**IT IS SO ORDERED.**

Dated: April 9, 2008

MAXINE M. CHESNEY
United States District Judge